United States District Court
Southern District of Texas
**FILED**

MAR 12 2019

David J. Bradley, Clerk of Court

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
**FILED**
February 15, 2019
Lyle W. Cayce
Clerk

No. 17-20113

D.C. Docket No. 4:14-CV-2819

FLORA NALL, as Personal Representative of the Estate of Michael Nall, substituted in place and stead of Michael Nall, deceased

  Plaintiff - Appellant

v.

BNSF RAILWAY COMPANY,

  Defendant - Appellee

Certified as a true copy and issued
as the mandate on Mar 11, 2019
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit

Appeal from the United States District Court for the
Southern District of Texas

Before ELROD, COSTA, and HO, Circuit Judges.

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed in part, reversed in part and remanded to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that defendant-appellee pay to plaintiff-appellant the costs on appeal to be taxed by the Clerk of this Court.

GREGG COSTA, Circuit Judge, specially concurring.

JAMES C. HO, Circuit Judge, dissenting.

## *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 11, 2019

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

      No. 17-20113    Michael Nall v. BNSF Railway Company
                           USDC No. 4:14-CV-2819

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Enclosed for the district court and counsel is the approved bill of costs.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Christina Gardner*
Christina A. Gardner, Deputy Clerk
504-310-7684

cc:  Ms. Marianne Marsh Auld
      Mrs. Caitlyn Hubbard
      Mr. Bryan Patrick Neal
      Mr. Micah Randall Prude
      Mr. Nitin Sud
      Mrs. Rae T. Vann