United States District Court
Southern District of Texas
**ENTERED**
October 23, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FLORA NALL, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:14-CV-2819 |
| § | |
| BNSF RAILWAY COMPANY, *et al*, § | |
| § | |
| Defendants. § | |

### ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this action has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within forty-five days if the settlement is not consummated. Parties should submit their agreed upon judgment in the next forty-five days.

SIGNED at Houston, Texas, this 23rd day of October 2019.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE